**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Nathan Deon JONES, Defendant–Appellant.**

**No. 05–17090**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 20, 2007.

John Phillip Cannon, Albany, GA, for Defendant–Appellant.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Before DUBINA, CARNES and BARKETT, Circuit Judges.

PER CURIAM:

Phil Cannon, appointed counsel for Nathan Deon Jones in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. Califor-*

*nia,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). As a preliminary matter, counsel's motion to renew his original motion to withdraw and *Anders* brief out of time is **GRANTED.**

Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Jones's conviction and sentence is **AFFIRMED.**